# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| **LATASHA FRAZIER** | **PLAINTIFF** |
| V. | NO. 4:17CV00128-JMV |
| **EVANS REALTY, INC., AND GREENVILLE, LLC** | **DEFENDANTS** |

## ORDER CLOSING CASE

**PURSUANT TO** the parties' Stipulation of Dismissal [31] dated March 19, 2018, this action is dismissed with prejudice—with the parties to each bear their own costs. Accordingly, the Clerk of this Court shall forthwith CLOSE this case.

**ORDERED** this, the 20th day of March, 2018.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE